UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SCOTT JOHNSON,

        Plaintiff,

    v.

CITIBANK, N.A.,

        Defendant.

Case No. 5:21-cv-07347-EJD

**ORDER VACATING ALL DATES; DIRECTING PLAINTIFF TO FILE DISMISSAL OR STATUS REPORT; AND ADMINISTRATIVELY CLOSING CASE**

Plaintiff filed a Notice of Settlement on **April 14, 2022** (*see* Dkt. No. 20), requesting that the Court vacate all currently set dates and advising that a dismissal may be expected in 60 days. Accordingly, all pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED. The parties shall file a dismissal or a status report on or before **June 17, 2022**.

The Clerk of Court shall administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may file a motion to reopen the case, if appropriate, should the settlement not be finalized.

**IT IS SO ORDERED.**

Dated: April 15, 2022

                        EDWARD J. DAVILA
                        United States District Judge