CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP
Melissa T. Daugherty, SB# 227451
Stephen E. Abraham, SB# 172054
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900
Stephen.Abraham@lewisbrisbois.com
Attorneys for Defendant
Citibank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No.: 5:21-cv-07347-EJD |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| **Citibank, N.A,** | |
| Defendant. | |

Per this Court's April 15, 2022, Order (Dkt. 21), the Parties hereby submit the following Joint Status Report regarding settlement:

The parties reached a settlement on or about April 12, 2022, and plaintiff filed the Notice of Settlement on April 14, 2022. Dkt. 20. As of this filing, the written settlement agreement has been fully executed. However, more time is required for Defendant to perform, which is a condition of dismissal. The parties estimate that the case will be dismissed within the next thirty (30) days and respectfully request that additional time to file dismissal.

Dated: June 16, 2022                    CENTER FOR DISABILITY ACCESS

                                        By: /s/*Amanda Seabock*
                                            Amanda Seabock
                                            Attorney for Plaintiff

Dated: June 16, 2022                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                        By: /s/Stephen E. Abraham
                                            Stephen E. Abraham
                                            Attorney for Defendant

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Stephen E. Abraham, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 16, 2022                    CENTER FOR DISABILITY ACCESS

                                        By: /s/*Amanda Seabock*
                                            Amanda Seabock
                                            Attorney for Plaintiff